899 A.2d 351

**M. Diane KOKEN, Insurance Commissioner, Commonwealth of Pennsylvania**

v.

**LEGION INSURANCE COMPANY**

Bensalem Township, Florida Workers Compensation Insurance Guaranty Association, Psychiatrists' Purchasing Group, Inc., Pulte Homes, Inc., American Airlines, Rural/Metro Corporation, Daniel Elrod, Shirley Elrod, Metro Atlanta Landscape and Turf Association (Malta), Kerry Kessler, Atwood Oceanics, Inc., Mutual Risk Management, Ltd. (MRM), Joseph McIntrye, Randstad North America, L.P., Florida Insurance Guaranty Association, Atlantic Coast Airlines Holdings, Inc., Majestic Underwriters, Inc., Frontier Airlines, Inc., 22 Texas Services and 22 Keystone Services L.P., Intervenors

Appeal of Syndicate 271.

Supreme Court of Pennsylvania.

June 19, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of June, 2006, the order of the Commonwealth Court is affirmed.